# EXHIBIT 1



**NEVADA GAMING CONTROL BOARD**

1919 College Parkway, Suite 110, P.O. Box 8003, Carson City, Nevada 89702
7 State of Nevada Way, Las Vegas, Nevada 89119
3650 S. Pointe Circle, Suite 203, P.O. Box 31109, Laughlin, Nevada 89028
557 W. Silver Street, Suite 207, Elko, Nevada 89801
9670 Gateway Drive, Reno, Nevada 89521

JOE LOMBARDO
*Governor*

KIRK D. HENDRICK, *Chairman*
HON. GEORGE ASSAD (RET.), *Member*
CHANDENI K. SENDALL, *Member*

May 8, 2025

Las Vegas
Phone: (702) 486-2000

Vlad Tenev
Chairman and Chief Executive Officer
Robinhood Markets, Inc., dba Robinhood
85 Willow Road
Menlo Park, CA 94025

Lucas Moskowitz
General Counsel and Corporate Secretary
Robinhood Markets, Inc., dba Robinhood
85 Willow Road
Menlo Park, CA 94025

Kevin Orsini
Outside Counsel to Robinhood
Partner
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(And Via Email)

Via FedEx Overnight Delivery and U.S. First Class Mail

Re:   Commencement of Unlawful Activity in the State of Nevada by Robinhood

Dear Messrs. Tenev, Moskowitz, and Orsini:

Mr. Orsini informed Enforcement Agents of the Nevada Gaming Control Board (NGCB) regarding the plans of Robinhood Markets, Inc., dba Robinhood (Robinhood) to commence offering event-based wagering contracts in Nevada on sporting events. As Robinhood is aware, the NGCB considers event-based wagering contracts on sporting events in Nevada unlawful unless and until approved as licensed gaming by the Nevada Gaming Commission.

To date, the NGCB has refrained from pursuing legal action against Robinhood because it understood that Robinhood was effectively blocking persons within Nevada's borders from placing wagers through these event-based wagering contracts. Robinhood's geofencing policy demonstrated an intent to not harm the public health, welfare, safety, and morals of the citizens of Nevada. It further showed respect for the NGCB's statutory mandate to strictly regulate gaming to protect Nevada's citizens and visitors and ensure the continued growth and success of its licensed and regulated gaming industry.

Commencement of Unlawful Activity in the State of Nevada by Robinhood
Page 2

However, Robinhood's intention to accept sports wagers by offering event-based wagering contracts in Nevada demonstrates willful disregard of Nevada law. As such, Robinhood's commencement of accepting sports wagers through its offering of event-based wagering contracts in Nevada shall be deemed willful violations of Nevada statutes including, but not limited to, NRS 463.160, 463.245, 463.350, 463.360, NRS 465.086, and NRS 465.092.

Please be advised that the NGCB, as well as all state and local law enforcement and regulatory agencies in Nevada, expressly reserve all rights to pursue criminal and civil actions based on Robinhood's past and future conduct within the state.

Sincerely,

Kirk D. Hendrick
Chairman

cc:    The Honorable Joe Lombardo, Governor of Nevada
       The Honorable Francisco V. Aguilar, Secretary of State of Nevada
       Hon. George Assad (Ret.), Member, Gaming Control Board
       Chandeni Sendall, Member, Gaming Control Board
       Kristi Torgerson, Chief, Enforcement Division
       Craig A. Newby, First Assistant Attorney General
       Darlene B. Caruso, Chief Deputy Attorney General, Gaming
       Jessica E. Whelan, Chief Deputy Solicitor General - Litigation
       John S. Michela, Senior Deputy Attorney General, Gaming
       Records and Research