Jordan T. Smith (Bar No. 12097)
JTS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (*pro hac vice*)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.,<br><br>  Defendants. | CASE NO.: 2:25-cv-01541-APG-DJA<br><br>**STIPULATION AND ORDER** |

Plaintiff Robinhood Derivatives, LLC ("Robinhood") and Defendants Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; Nevada Gaming Control Board, a subdivision of the State of Nevada; Jennifer Togliatti, in her official capacity as Chair of

1

the Nevada Gaming Commission; Rosa Solis-Rainey, in her official capacity as a Member of the Nevada Gaming Commission; Brian Krolicki, in his official capacity as a Member of the Nevada Gaming Commission; George Markantonis, in his official capacity as a Member of the Nevada Gaming Commission; Nevada Gaming Commission, a subdivision of the State of Nevada; and Aaron D. Ford, in his official capacity as Attorney General of Nevada (collectively, "Defendants" and together with Robinhood, the "Parties"), through their undersigned counsel, hereby stipulate and agree to entry of an Order (1) converting Robinhood's Motion for a Temporary Restraining Order and Preliminary Injunction into a Motion for Preliminary Injunction, (2) setting a briefing schedule for Robinhood's Motion for Preliminary Injunction, and (3) enjoining Defendants from pursuing any enforcement action against Robinhood for alleged violations of Nevada law due to Robinhood's facilitation of transactions involving sports-related event contracts traded on KalshiEX, LLC's designated contract market while Robinhood's Motion for Preliminary Injunction is pending. In support of their request for such an Order, the Parties state:

**WHEREAS**, on August 19, 2025, Robinhood filed the above-captioned action concerning whether the Defendants' threatened enforcement of Nevada gaming laws is preempted by the Commodity Exchange Act and the Commodity Futures Trading Commission's regulations pursuant to the Supremacy Clause of the U.S. Constitution (ECF No. 1);

**WHEREAS**, also on August 19, 2025, Robinhood moved for a temporary restraining order and preliminary injunction (ECF No. 7 (the "Motion")), and its Motion remains pending; and

**WHEREAS**, the Parties have conferred on a mutually agreeable resolution of Robinhood's motion for a temporary restraining order and a briefing schedule for Robinhood's motion for preliminary injunction.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, that:

    i.    Robinhood will convert its Motion to a motion for preliminary injunction;

    ii.    Defendants will have until September 23, 2025 to file their opposition to Robinhood's motion for preliminary injunction, and Robinhood will have until

October 14, 2025 to file its reply in support of its motion for preliminary injunction; and

   iii.   Defendants will not pursue any enforcement action against Robinhood for its facilitation of transactions involving sports-related event contracts unless and until the Court denies Robinhood's motion for preliminary injunction.[1]

DATED this 10th day of September, 2025.

AARON D. FORD
ATTORNEY GENERAL

By:   /s/ Jessica E. Whelan
      Jessica E. Whelan, Esq., #14781
      1 State of Nevada Way, Suite 100
      Las Vegas, Nevada  89119

*Counsel for Defendants*

PISANELLI BICE PLLC

By:   /s/ Jordan T. Smith
      Jordan T. Smith, Esq., #12097
      400 South 7th Street, Suite 300
      Las Vegas, Nevada  89101

CRAVATH, SWAINE &
MOORE LLP
Kevin J. Orsini (*pro hac vice*)
Antony L. Ryan (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
375 Ninth Avenue
New York, New York 10001

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

IT IS SO ORDERED:

Dated: September 11, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CASE NO.: 2:25-cv-01541-APG-DJA

---

[1] Defendants' stipulation not to pursue enforcement action does not waive any rights, arguments, or issues regarding Plaintiff's pending motion for preliminary injunction.

3