1

2

3

4

5

6                  **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF NEVADA**

8                                              )        Case #2:25-cv-01541-APG-DJA
                                               )
9    ROBINHOOD DERIVATIVES, LLC                )
                                               )
10              Plaintiff(s),                   )     **VERIFIED PETITION FOR**
                                               )     **PERMISSION TO PRACTICE**
11          vs.                                )     **IN THIS CASE ONLY BY**
                                               )     **ATTORNEY NOT ADMITTED**
                                               )     **TO THE BAR OF THIS COURT**
12   MIKE DREITZER, et al.                     )     **AND DESIGNATION OF**
                                               )     **LOCAL COUNSEL**
13                                             )
                                               )
14              Defendant(s).                   )
     _____)        FILING FEE IS $250.00

15

16          _____Elizabeth A. Bower_____, Petitioner, respectfully represents to the Court:
                   (name of petitioner)

17

18          1.      That Petitioner is an attorney at law and a member of the law firm of

19   _____Hobbs, Straus, Dean & Walker LLP_____
                                        (firm name)

20   with offices at _____1899 L Street NW, Suite 1200_____,
                                        (street address)

21   _____Washington_____, _____District of Columbia_____, ___20036___,
              (city)                          (state)                 (zip code)

22

23   _____(202) 822-8282_____, ____ebower@hobbsstraus.com____.
        (area code + telephone number)              (Email address)

24

25          2.      That Petitioner has been retained personally or as a member of the law firm by
     Seminole Tribe of Florida, Lytton Rancheria of California, Agua Caliente
     Band of Cahuilla Indians, and Mashantucket Pequot Tribal Nation_____ to provide legal representation in connection with
26                              [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                    Rev. 5/16

1    3.    That since _____1/31/2025_____, Petitioner has been and presently is a
                              (date)
2    member in good standing of the bar of the highest Court of the State of ____District of Columbia____
                                                                                              (state)
3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10    standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| West Virginia | 10/30/2019 | 13589 |
| U.S. Court of Appeals for the Third Circuit | 06/16/2025 | |
| U.S. Court of Appeals for the Fourth Circuit | 01/05/2022 | |
| U.S. District Court for S. District of West Virginia | 11/07/2019 | |
| U.S. District Court for N. District of West Virginia | 05/18/2023 | |
| | | |
| | | |

19
20    5.    That there are or have been no disciplinary proceedings instituted against petitioner,

21    nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

22    or administrative body, or any resignation or termination in order to avoid disciplinary or

    disbarment proceedings, except as described in detail below:

    None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

| None |
| --- |
|  |
|  |

7.    That Petitioner is a member of good standing in the following Bar Associations.

|  |
| --- |
|  |
|  |

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| September 15, 2025 | 2:25-cv-00978-APG-BNW | USDC Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1        That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____,
                                           Petitioner's signature

    STATE OF  District of Columbia  )

5                                              )

    COUNTY OF _____ )

6

7          Elizabeth A. Bower    , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
                                           Petitioner's signature

10   Subscribed and sworn to before me this

11

    _11_ day of _SEP_____, _2025_ .

12

13   _____

14             Notary Public or Clerk of Court

15

16       **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate _____Anthony L. Martin_____,

19                                                        (name of local counsel)

20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

    above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____10801 W. Charleston Blvd., Suite 500_____,
                                         (street address)

24

25   _____Las Vegas_____,    _____Nevada_____,    _____89135_____,
           (city)                         (state)               (zip code)

26   _____(702) 369-6800_____,    _____anthony.martin@ogletree.com_____.
    (area code + telephone number)          (Email address)

27

28                                   4                              Rev. 5/16

NOTARY PUBLIC SEAL:
MICHAEL A. KNEELING
NOTARY PUBLIC
MY COMMISSION EXPIRES
9/14/2029
DISTRICT OF COLUMBIA

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Anthony L. Martin _____ as
                                          (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Agua Caliente Band of Cahuilla Indians, John Plata, General Counsel
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8177                              anthony.martin@ogletree.com
_____
Bar number                        Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7           The undersigned party(ies) appoint(s) _____ Anthony L. Martin _____ as
                                                              (name of local counsel)
8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11  Tristan Stidham, Lytton Rancheria of California
12  (type or print party name, title)                    General Counsel

13  _____
    (party's signature)
14

15  _____
    (type or print party name, title)
16

17                              **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  8177                          anthony.martin@ogletree.com
    Bar number                    Email address
22

23  APPROVED:

24
    Dated: this _____ day of _____, 20___.
25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                                      5                          Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ Anthony L. Martin _____ as

   (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  Signed by:

    *Jody A. Cummings*

    ──────53?AFD1D045541───────────

    (party's signature)

11

12  Jody Cummings, General Counsel

    Mashantucket Pequot Tribal Nation

13

14  _____

    (party's signature)

15

    _____

16  (type or print party name, title)

17  ### CONSENT OF DESIGNEE

    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____

    Designated Resident Nevada Counsel's signature

21  8177 _____        anthony.martin@ogletree.com

22  Bar number                      Email address

23  APPROVED:

24  Dated: this _____ day of _____, 20___.

25

26  _____

    UNITED STATES DISTRICT JUDGE

27

28                          5                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Anthony L. Martin_____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Ross M. Holzman, Acting General Counsel
(type or print party name, title) Seminole Tribe
of Florida

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8177                              anthony.martin@ogletree.com
Bar number                        Email address

APPROVED:

Dated: this  1st   day of ___October___, 20 25 .

_____
UNITED STATES DISTRICT JUDGE

5                                    Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Elizabeth Bower

was duly qualified and admitted on January 31, 2025 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 14, 2025.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Elizabeth Alice Bower - WVSB ID# 13589**

This is to certify that, according to the records of the West Virginia State Bar, Elizabeth Alice Bower, of WASHINGTON, DC, was admitted to practice law by the Supreme Court of Appeals of WV on October 30, 2019.

According to the records of the West Virginia State Bar, as of August 25, 2025, Elizabeth Alice Bower is currently an Active Attorney Member in good standing with the West Virginia State Bar.

Mary Jane Pickens, Esquire
Executive Director
The West Virginia State Bar