**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Robinhood Derivatives LLC,

      Plaintiff(s),

vs.

Dreitzer et al.,

      Defendant(s).

Case # 2:25-cv-01541-APG-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    Scott D. Crowell, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of Crowell Law Office-Tribal Advocacy Group, PLLC.
(firm name)

with offices at 1487 W. State Route 89A, Suite 8,
(street address)

Sedona, Arizona, 86336,
(city)  (state)  (zip code)

(425) 802-5369, scottcrowell@clotag.net.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Rincon Band /Santa Ynez Band to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1      3.      That since _____03/03/1992_____, Petitioner has been and presently is a
                                   (date)

2  member in good standing of the bar of the highest Court of the State of _____Washington_____
                                                                                (state)

3  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7      4.      That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court of Arizona | 10/22/1984 | 009654 |
| U.S. District Court Eastern District of WA | 03/06/1992 | 18868 |
| U.S. District Court Western District of WA | 11/18/1994 | 18868 |
| U.S. District Court Eastern District of Texas | 11/21/2001 | none |
| First Circuit Court of Appeals | 07/24/2013 | 1159436 |
| Third Circuit Court of Appeals | 06/16/2025 | none |
| Additional Courts on Attached Page | | |

    5.      That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

> My Washington State license was temporarily suspended from 5/24/91 to 3/3/92. At the time 22 years ago, I was working as in-house counsel for a business formed under the laws of the Puyallup Indian Tribe, Dillon Enterprises, which had committed to pay my bar fees. I submitted the forms for them to include with a check for the fees and was under the assumption that the fees had been paid. When I learned that my license had been suspended for non-payment, I paid the fees and was reinstated to active status. and been in active status in good standing ever since.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Washington State Bar
Arizona State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| September 15, 2025 | 25-00978-APG-BNW | USDC Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Arizona_____ )
                              )
COUNTY OF _____ )

_____Scott D. Crowell_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

*See Attached All Purpose CA Acknowledgement/Jurat*

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Anthony L. Martin_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10801 W. Charleston Blvd., Suite 500_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89135_____,
(city)                  (state)              (zip code)

_____(702) 369-6800_____, _____anthony.martin@ogletreedeakins.com_____.
(area code + telephone number)       (Email address)

4

Rev. 5/16

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Diego

Subscribed and sworn to (or affirmed) before me on this 16th day of September, 2025, by Scott D. Crowell

_____, the person(s) who appeared before me.



MEERA M. SURANA
COMM. # 2426112
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. NOV. 10, 2026

Signature _____ (Seal)

DOCUMENT TITLE:

Verified Petition for Permission to Practice in this Case Only By Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Anthony L. Martin_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Rincon Band of Luiseno Indians
(type or print party name, title)

*Sam Cohen*
(party's signature)

Santa Ynez Band of Chumash Indians
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8177                    anthony.martin@ogletreedeakins.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**Additional Courts Scott Crowell is admitted to:**

| Courts | Date Admitted | Bar No. |
|---|---|---|
| Fifth Circuit Court of Appeals | 08/22/2002 | none |
| Seventh Circuit Court of Appeals | 03/09/2018 | none |
| Ninth Circuit Court of Appeals | 03/20/1992 | none |
| Tenth Circuit Court of Appeals | 12/17/2014 | none |
| U.S. Court of Appeals Districts of Columbia | 09/15/2006 | 50777 |
| United States Supreme Court | 10/02/2017 | none |

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO. 18868 |
| OF | ) ) | **CERTIFICATE** |
| SCOTT DAVID CROWELL | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

### SCOTT DAVID CROWELL

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 16, 1989, and is now and has continuously since that date been an attorney in good standing, with the exception of being suspended for non-payment of dues on May 31, 1991.  The attorney was reinstated to active status on March 3, 1992, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 25th day of August, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court