UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Case #2:25-cv-01541-APG-DJA

ROBINHOOD DERIVATIVES, LLC

Plaintiff(s),

vs.

MIKE DREITZER, et al.,

Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Michael Hoenig_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of
_____Yuhaaviatam of San Manuel Nation_____
(firm name)

with offices at _____26569 Community Center Drive_____,
(street address)

_____Highland_____, _____California_____, ___92346___,
(city)                              (state)                           (zip code)

____909-936-9684____, ___michael.hoenig@sanmanuel-nsn.gov___.
(area code + telephone number)           (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by
____Yuhaaviatam of San Manuel Nation____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____ April 3, 2006 _____, Petitioner has been and presently is a
                                    (date)

member in good standing of the bar of the highest Court of the State of ____ District of Columbia ____
                                                                                                          (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Court of Appeals for the 3rd Circuit | June 16, 2025 | |
| United States Court of Appeals for the 4th Circuit | August 21, 2025 | |
| Kansas | September 26, 2003 | 21316 |
| District of Columbia | April 3, 2006 | 497369 |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

Kansas
District of Columbia

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| September 15, 2025 | 2:25-cv-00978-APG-BNW | USDC Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   STATE OF _DISTRICT OF COLUMBIA_    Petitioner's signature

5   COUNTY OF _____rKe_____ )

6

7   _____Michael Hoenig_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9              Petitioner's signature

10  Subscribed and sworn to before me this

11  _8th_ day of _September_, _2025_.

12

13  _____
    Notary Public or Clerk of Court

14      **Renee K. Christensen**
        **Notary Public, District of Columbia**

15      **515 E Street SE**
        **Washington, DC 20003**

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____Anthony L. Martin_____,
                          (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

22  said designated Nevada counsel is:

23  _____10801W. Charleston Blvd. Suite 500_____,
                (street address)

24

25  _____Las Vegas_____,    _____Nevada_____,    _89135_,
        (city)            (state)       (zip code)

26  _____702-369-6801_____,   _anthony.martin@ogletree.com_.
      (area code + telephone number)      (Email address)

27

28                            4                    Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Anthony L. Martin _____ as

8   his/her/their Designated Resident Nevada Counsel in this case.
                                          (name of local counsel)

9

10   _____
     (party's signature)

11   Erin Copeland Yuhaaviatam of San Manuel Nation CLCO

12   (type or print party name, title)

13   _____

14   (party's signature)

15

16   _____
     (type or print party name, title)

17                        **CONSENT OF DESIGNEE**
     The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20   _____
     Designated Resident Nevada Counsel's signature

21   8177                        anthony.martin@ogletree.com
     Bar number                  Email address

22

23

24   APPROVED:

25   Dated: this 1st ___ day of ___ October ___, 2025 .

26   _____
     UNITED STATES DISTRICT JUDGE

27

28                              5                        Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Michael C Hoenig

was duly qualified and admitted on April 3, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on August 25, 2025.*

**JULIO A. CASTILLO**
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 26, 2003,

## Michael Christian Hoenig

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 21st day of August, 2025.

Inactive Status

_Douglas T. Shima_

———————————————————
*Clerk of the Supreme Court of Kansas*