Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  (702) 214-2100
Facsimile:  (702) 214-2101

Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (*pro hac vice*)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC,<br><br>    Plaintiff,<br><br>        vs.<br><br>MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al.,<br><br>    Defendants. | CASE NO.:   2:25-cv-01541-APG-DJA<br><br>**STIPULATION AND ORDER** |

1  Plaintiff Robinhood Derivatives, LLC ("Robinhood") and Defendants Mike Dreitzer, in
2 his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his
3 official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her
4 official capacity as a Member of the Nevada Gaming Control Board; Nevada Gaming Control
5 Board, a subdivision of the State of Nevada; Jennifer Togliatti, in her official capacity as Chair of
6 the Nevada Gaming Commission; Rosa Solis-Rainey, in her official capacity as a Member of the
7 Nevada Gaming Commission; Brian Krolicki, in his official capacity as a Member of the Nevada
8 Gaming Commission; George Markantonis, in his official capacity as a Member of the Nevada
9 Gaming Commission; Nevada Gaming Commission, a subdivision of the State of Nevada; and
10 Aaron D. Ford, in his official capacity as Attorney General of Nevada (collectively, "Defendants"
11 and together with Robinhood, the "Parties"), through their undersigned counsel, hereby stipulate
12 and agree to entry of an Order (1) revising the briefing schedule for Robinhood's Motion for
13 Preliminary Injunction ("Motion") to extend to October 21, 2025 the deadline for Robinhood to
14 file its reply in support of its Motion, and (2) granting Defendants the right to file a sur-reply in
15 response.  In support of their request for such an Order, the Parties state:

16  **WHEREAS**, on August 19, 2025, Robinhood filed the above-captioned action concerning
17 whether the Defendants' threatened enforcement of Nevada gaming laws is preempted by the
18 Commodity Exchange Act and the Commodity Futures Trading Commission's regulations
19 pursuant to the Supremacy Clause of the U.S. Constitution (ECF No. 1);

20  **WHEREAS**, also on August 19, 2025, Robinhood moved for a temporary restraining order
21 and preliminary injunction (ECF No. 7), and its Motion remains pending;

22  **WHEREAS**, the Parties submitted, and the Court ordered on September 11, 2025 (ECF
23 No. 24), a stipulation on a mutually agreeable resolution of Robinhood's motion for a temporary
24 restraining order and a briefing schedule for Robinhood's motion for preliminary injunction;

25  **WHEREAS**, Robinhood's reply in support of its Motion is currently due on October 14,
26 2025 (*id.*);

**WHEREAS**, the Court held a hearing on October 2, 2025 in *North American Derivatives Exchange, Inc. v. The State of Nevada on relation of the Nevada Gaming Control Board* (No. 2:25-cv-00978-APG-BNW) (the "Crypto.com Action") on the Crypto.com Action Plaintiff's motions for preliminary injunction and judgment on the pleadings;

**WHEREAS**, the issues that the Court raised during the hearing in the Crypto.com Action are directly relevant to Robinhood's Motion in the above-captioned action;

**WHEREAS**, Robinhood moved to exceed the default page limit for its reply in support of its Motion in order to address those issues in its reply brief (ECF No. 43), in response to which Defendants filed a limited opposition (ECF No. 45);

**WHEREAS**, the Court issued its written order on the Crypto.com Action Plaintiff's motions for preliminary injunction and judgment on the pleadings on October 14, 2025 (Crypto.com Action, ECF No. 105), the same day on which Robinhood's reply in support of its Motion is due; and

**WHEREAS**, the Parties have conferred and agree to a modification of the briefing schedule on Robinhood's Motion in order to provide the Court with the benefit of the Parties' briefing on the issues raised in the Crypto.com Action hearing and written order.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, that:

i. Robinhood will have until October 21, 2025 to file a reply brief in support of its Motion of no more than 20 pages (which is eight pages more than the 12 pages ordinarily provided by Local Rule 7-3(b)); and

ii. Defendants will have until Friday, October 31 to file a sur-reply in response of no more than 10 pages.

DATED: October 14, 2025

By:   */s/ Jordan T. Smith*

**PISANELLI BICE PLLC**
Jordan T. Smith, Esq., #12097
JTS@pisanellibice.com

400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

**CRAVATH, SWAINE & MOORE LLP**
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (*pro hac vice*)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

By:   */s/ Jessica E. Whelan*

**AARON D. FORD**
**ATTORNEY GENERAL**
Jessica E. Whelan, Esq., #14781
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119

*Counsel for Defendants*

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 15, 2025

CASE NO.: 2:25-cv-01541-APG-DJA

3