Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile:  702) 214-2101

Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (*pro hac vice*)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al., <br><br> Defendants. | CASE NO.:  2:25-cv-01541-APG-DJA <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

1  TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2     NOTICE IS HEREBY GIVEN that Jordan T. Smith, Esq. is no longer associated with the law firm of Pisanelli Bice PLLC and is no longer counsel of record for Plaintiff, ROBINHOOD DERIVATIVES, LLC, in the above-entitled matter.

    Please remove Jordan T. Smith, Esq. from your service list and replace him with Todd L. Bice, ESQ.

    DATED this 20th day of October, 2025.

                                PISANELLI BICE PLLC

                                By:   */s/ Todd L. Bice*
                                    Todd L. Bice, Esq., #4534
                                    400 South 7th Street, Suite 300
                                    Las Vegas, Nevada 89101

                                    Kevin J. Orsini, Esq.
                                    (*pro hac vice*)
                                    Antony L. Ryan, Esq.
                                    (*pro hac vice*)
                                    Brittany L. Sukiennik, Esq.
                                    (*pro hac vice*)
                                    CRAVATH, SWAINE & MOORE LLP
                                    375 Ninth Avenue
                                    New York, New York  10001

                                    *Counsel for Plaintiff*
                                    *Robinhood Derivatives, LLC*