# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC,<br><br>    Plaintiff<br><br>v.<br><br>MIKE DREITZER, et al.,<br><br>    Defendants | Case No.: 2:25-cv-01541-APG-DJA<br><br>**Order Granting Unopposed Motions**<br><br>[ECF Nos. 11, 31] |

I ORDER that the plaintiff's unopposed motion to seal **(ECF No. 11) is GRANTED**.

I FURTHER ORDER that the unopposed motion for leave to file an amicus brief **(ECF No. 31) is GRANTED**.

DATED this 21st day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE