AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3768 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for Mike Dreitzer, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markantonis, Nevada Gaming Commission and Aaron D. Ford*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC,<br><br>                Plaintiffs,<br><br>vs.<br><br>MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; NEVADA GAMING CONTROL BOARD, a subdivision of the State of Nevada; JENNIFER TOGLIATTI, in her official capacity as Chair of the Nevada Gaming Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a Member of the Nevada Gaming Commission; NEVADA GAMING COMMISSION, a subdivision of the State of Nevada; AARON D. FORD, in his official capacity as Attorney General of Nevada,<br><br>                Defendants. | Case No. 2:25-cv-01541-APG-DJA<br><br>**JOINT STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

**JOINT STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT (FIRST REQUEST)**

Plaintiff, Robinhood Derivatives, LLC, and Defendants Mike Dreitzer, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, Jennifer Togliatti, Rosa Solis-Rainey, Brian Krolicki, George Markantonis, Nevada Gaming Commission and Aaron D. Ford, by and through the undersigned counsel, stipulate and request that the Court extend the Defendants' responsive pleading deadline by thirty (30) days from October 20, 2025 to November 19, 2025. This request is not made for any improper purpose or to unnecessarily delay the proceeding.

1. The parties have been actively engaged in this litigation since its commencement on August 19, 2025. (ECF No. 1).

2. On August 19, 2025, Plaintiff filed a motion for temporary restraining order and preliminary injunction (ECF No. 7), and Defendants responded (ECF No. 25).

3. Briefing on Plaintiff's motion is set to conclude on October 31, 2025. (ECF No. 50.)

4. Defendants' response to Plaintiff's complaint is due on Monday October 20, 2025.

5. The parties agree that the response deadline should be extended for an additional 30 days to November 19, 2025, until after the briefing on Plaintiff's motion for preliminary injunction has been completed.

/ / /

/ / /

/ / /

6. Based on the preceding considerations, the parties request that the Court grant the stipulation to extend the deadline for Defendants to file a responsive pleading to the complaint to November 19, 2025.

**IT IS SO STIPULATED.**

DATED this 20th day of October, 2025.

AARON D. FORD
Attorney General

/s/ Sabrena K. Clinton
Jessica E. Whelan (Bar No. 14781)
 Chief Deputy Solicitor General
Sabrena K. Clinton (Bar No. 6499)
 Senior Deputy Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for State Defendants*

DATED this 20th day of October, 2025.

PISANELLI BICE PLLC

/s/ Todd L. Bice
Todd L. Bice, Esq., #4534
400 South 7th Street, Suite 300
Las Vegas, NV 89101
tlb@pisanellibice.com

CRAVATH, SWAINE & MOORE LLP

Kevin J. Orsini (*pro hac vice*)
Antony L. Ryan (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
375 Ninth Avenue
New York, NY 10001
korsini@cravath.com
aryan@cravath.com
bsukiennik@cravath.com

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED this __21st__ day of October, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. Consistent with LR IC 5-1(d), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                */s/ R. Carreau*
                                                An employee of the State of Nevada, Attorney General's Office