1  JORDAN T. SMITH, ESQ., Nevada Bar No. 12097
   jtsmith@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, NV 89106-4614
   Telephone: 702.382.2101
4  Facsimile:  702.382.8135

5  *Attorneys for Plaintiff*
   *Robinhood Derivatives, LLC*
6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9  ROBINHOOD DERIVATIVES, LLC,          CASE NO.: 2:25-cv-01541-APG-DJA

10              Plaintiff,
   vs.
11                                        **MOTION TO WITHDRAW AS COUNSEL**
   MIKE DREITZER, in his official capacity        **FOR PLAINTIFF**
12 as Chairman of the Nevada Gaming
   Control Board, et al.,
13
                Defendants.
14

15 **I.    INTRODUCTION**

16       Pursuant to Local Rule IA 11-6, attorney Jordan T. Smith, Esq. with the law firm

17 Brownstein Hyatt Farber Schreck, LLP ("Brownstein") moves to withdraw as counsel for Plaintiff

18 Robinhood Derivatives, LLC ("Plaintiff"). Plaintiff will continue to be represented by attorneys

19 from the law firms Cravath, Swaine & Moore, LLP and Pisanelli Bice PLLC. Plaintiff has been

20 informed and consents to the undersigned's withdrawal and to its continued representation by the

21 law firm of Pisanelli Bice PLLC. Accordingly, the undersigned respectfully requests the Court

22 grant the withdrawal.

23 **II.   ARGUMENT**

24       Pursuant to Local Rule 11-6(b), an attorney may withdraw from a case by filing a motion

25 or stipulation and serving it on the affected client and opposing counsel. LR 11-6(b). The affected

26 client may file a response to the attorney's motion within 14 days of filing the motion, unless the

27 court orders otherwise. *Id.*

28

*(margin, left side)* BROWNSTEIN HYATT FARBER SCHRECK, LLP  100 North City Parkway, Suite 1600  Las Vegas, NV 89106-4614  702.382.2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1  Because of the undersigned's change of employment, on the docket, Plaintiff is currently

2  represented by three law firms – Cravath, Swaine & Moore LLP, Brownstein Hyatt Farber Schreck,

3  LLP, and Pisanelli Bice PLLC.  The withdrawal of attorney Jordan T. Smith, Esq. will not

4  materially or adversely affect the clients' interests because both Cravath, Swaine & Moore LLP

5  and Pisanelli Bice will continue to represent Plaintiff. This withdrawal will not cause any delay in

6  discovery, trial, or any hearing in the matter. *See* LR 11-6(e). Todd L. Bice, Esq. of Pisanelli Bice

7  PLLC will assume all pro hac vice supervision obligations for its remaining co-counsel. Moreover,

8  the client has been informed of this requested withdrawal and the client consents to such

9  withdrawal.[1]

### III.    CONCLUSION

11  The undersigned respectfully requests the Court grant the Motion and that attorney Jordan

12  T. Smith, Esq. with the law firm Brownstein Hyatt Farber Schreck, LLP be withdrawn from the

13  case and removed from the CM/ECF e-service list.

14  Dated this 29th day of October, 2025.

15  BROWNSTEIN HYATT FARBER SCHRECK, LLP

17  By: */s/ Jordan T. Smith*
JORDAN T. SMITH, ESQ., Nevada Bar No. 12097
jtsmith@bhfs.com
18  100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
19  Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Plaintiff*

22  **IT IS SO ORDERED**.

23  DATED: 10/31/2025

DANIEL J. ALBREGTS
26  UNITED STATES MAGISTRATE JUDGE

[1]    Pursuant to LR 11-6, attorneys at Cravath, Swaine & Moore LLP are authorized and will
28  accept service of this Motion on behalf of Plaintiff.