**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC,<br><br>    Plaintiff<br><br>v.<br><br>MIKE DREITZER, et al.,<br><br>    Defendants | Case No.: 2:25-cv-01541-APG-DJA<br><br>**Order for Briefing Schedule on Robinhood's Motion for Injunction Pending Appeal** |

    I ORDER the defendants and the intervenor to respond to Robinhood's motion for an injunction pending appeal (ECF No. 92) by December 8, 2025. Robinhood will have until December 12, 2025 to file a reply in support of its motion.

    DATED this 1st day of December, 2025.

                                                              _____
                                                              ANDREW P. GORDON
                                                               CHIEF UNITED STATES DISTRICT JUDGE