Todd L. Bice, Esq., Bar No. 4534
tlb@pisanellibice.com
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (*pro hac vice*)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Robinhood Derivatives, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al., <br><br> Defendants. | CASE NO.: 2:25-cv-01541-APG-DJA <br><br> **PLAINTIFF ROBINHOOD'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** <br><br> **PRELIMINARY INJUNCTION APPEAL** |

1  PLEASE TAKE NOTICE that Plaintiff Robinhood Derivatives, LLC ("Robinhood") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's order issued on November 25, 2025, District Court's ECF No. 90, denying Robinhood's motion for a preliminary injunction.

DATED this 12th day of December, 2025.

                PISANELLI BICE PLLC

                By: */s/ Todd L. Bice*
                     Todd L. Bice, Esq., Bar No. 4534
                     400 South 7th Street, Suite 300
                     Las Vegas, Nevada 89101

                     Kevin J. Orsini, Esq.
                     (*pro hac vice*)
                     Antony L. Ryan, Esq.
                     (*pro hac vice*)
                     Brittany L. Sukiennik, Esq.
                     (*pro hac vice*)
                     CRAVATH, SWAINE & MOORE LLP
                     375 Ninth Avenue
                     New York, New York 10001

                *Counsel for Plaintiff*
                *Robinhood Derivatives, LLC*

# NINTH CIRCUIT REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, Plaintiff-Appellant Robinhood Derivatives, LLC submits the following list of the parties to the action with names, addresses, and telephone numbers of their respective counsel:

Plaintiff-Appellant Robinhood Derivatives, LLC is represented by the following counsel:

Todd L. Bice
tlb@pisanellibice.com

**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Kevin J. Orsini
korsini@cravath.com

Antony L. Ryan
aryan@cravath.com

Brittany L. Sukiennik
bsukiennik@cravath.com

**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, NY 10001
Telephone: 212.474.1000
Facsimile: 212.474.3700

Plaintiff-Appellant's Counsel are registered for Electronic Filing in the Ninth Circuit.

Defendants-Appellees Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; Nevada Gaming Control Board; Jennifer Togliatti, in her official capacity as Chair of the Nevada Gaming Commission; Rosa Solis-Rainey, in her official capacity as a Member of the Nevada Gaming Commission; Brian Krolicki, in his official capacity as a Member of the Nevada Gaming Commission; George Markantonis, in his official capacity as a Member of the Nevada Gaming Commission; Abbi Silver, in her official capacity as a Member of the Nevada Gaming Commission; Nevada Gaming Commission; and Aaron D. Ford, in his official capacity as Attorney General of Nevada are represented by the following counsel:

Jessica E. Whelan
jwhelan@ag.nv.gov

Sabrena K. Clinton
sclinton@ag.nv.gov

**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: 702.486.3420
Facsimile: 702.486.3773

Ryan A. Andersen
ryan@abwfirm.com

Mark M. Weisenmiller
mark@abwfirm.com

**ANDERSEN BEEDE WEISENMILLER**
3199 E Warm Springs Rd., Ste 400
Las Vegas, NV 89120
Telephone: 702.522.1992
Facsimile: 702.825.2824

DATED this 12th day of December, 2025.

                                PISANELLI BICE PLLC

                          By:  */s/ Todd L. Bice*
                                  Todd L. Bice, Esq., Bar No. 4534
                                  400 South 7th Street, Suite 300
                                  Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on December 12, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Yalonda Dekle*
                                        An employee of Pisanelli Bice PLLC