UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ROBINHOOD DERIVATIVES, LLC, | Case No.: 2:25-cv-01541-APG-DJA |
|---|---|
| Plaintiff | **Order Denying Motion for Stay Pending Appeal** |
| v. | [ECF No. 92] |
| MIKE DREITZER, et al., | |
| Defendants | |

Plaintiff Robinhood Derivatives, LLC moves for a stay of my order denying its motion for an injunction pending the Ninth Circuit's resolution of Robinhood's appeal of that order. Alternatively, Robinhood requests a short-term stay to give it time to seek a stay from the Ninth Circuit. The defendants and intervenor oppose.

Under Federal Rule of Civil Procedure 62(d), I may "grant an injunction on terms for bond or other terms that secure the opposing party's rights" while "an appeal is pending from an interlocutory order . . . that . . . dissolves" a preliminary injunction. To determine whether to grant a motion to stay pending appeal, I consider "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009). I deny the motion for stay for the reasons articulated in my order denying Robinhood's motion for an injunction. ECF No. 90; *see also Nken*, 556 U.S. at 434 (stating there "is substantial overlap between these and the factors governing preliminary injunctions").

/ / / /

I THEREFORE ORDER that plaintiff Robinhood Derivatives, LLC's motion to stay case **(ECF No.92) is DENIED**.

DATED this 16th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2