UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number: 2:25-cv-01541-APG-DJA

Court of Appeals Case Number: 25-7831

Case Caption: *Robinhood Derivatives, LLC v. Dreitzer et al.*

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 11/14/25 | 80 | Hearing on Preliminary Injunction | Judy K. Moore | Yes |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: December 23, 2025

/s/ *Todd L. Bice*
Signature

Todd L. Bice
Print Name

Appellant
Appellant/Appellee