1  Todd L. Bice, Esq., Bar No. 4534
   tlb@pisanellibice.com
2  **PISANELLI BICE PLLC**
   400 South 7th Street, Suite 300
3  Las Vegas, Nevada 89101
   Telephone: (702) 214-2100
4  Facsimile: (702) 214-2101

5
   Kevin J. Orsini (*pro hac vice*)
6  korsini@cravath.com
   Antony L. Ryan (*pro hac vice*)
7  aryan@cravath.com
   Brittany L. Sukiennik (*pro hac vice*)
8  bsukiennik@cravath.com
9  **CRAVATH, SWAINE & MOORE LLP**
   375 Ninth Avenue
10 New York, New York 10001
   Telephone: (212) 474-1000
11 Facsimile: (212) 474-3700

12 *Counsel for Plaintiff Robinhood Derivatives, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC, | CASE NO.: 2:25-cv-01541-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER** |
| MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al., | |
| Defendants, | |
| vs. | |
| NEVADA RESORT ASSOCIATION, | |
| Intervenor-Defendant. | |

Plaintiff Robinhood Derivatives, LLC ("Robinhood") and Defendants Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; Nevada Gaming Control Board, a subdivision of the State of Nevada; Jennifer Togliatti, in her official capacity as Chair of the Nevada Gaming Commission; Rosa Solis-Rainey, in her official capacity as a Member of the Nevada Gaming Commission; Brian Krolicki, in his official capacity as a Member of the Nevada Gaming Commission; George Markantonis, in his official capacity as a Member of the Nevada Gaming Commission; Nevada Gaming Commission, a subdivision of the State of Nevada; and Aaron D. Ford, in his official capacity as Attorney General of Nevada (collectively, "State Defendants") and Intervenor-Defendant Nevada Resort Association (together with State Defendants, "Defendants" and all together with Robinhood, the "Parties"), through their undersigned counsel, hereby stipulate and agree to entry of an Order (1) setting the deadline to file the Parties' Rule 26(f) proposed discovery plan as January 7, 2026, and (2) setting the deadline for the Parties' exchange of Rule 26(a)(1) initial disclosures as January 7, 2026.  In support of their request for such an Order, the Parties state:

**WHEREAS**, on December 18, 2025, the Parties held telephonically their Rule 26(f) conference;

**WHEREAS**, by operation of Federal Rules of Civil Procedure 26(f)(2) and 26(a)(1)(C), the deadline for submission of the Parties' proposed discovery plan and exchange of initial disclosures would be January 2, 2026;

**WHEREAS**, the Parties are working diligently on the proposed discovery plan and their initial disclosures; and

**WHEREAS**, in light of the holidays, the Parties have agreed to a short extension of these deadlines.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, that:

    i.    The Parties will file their Rule 26(f) proposed discovery plan by January 7, 2026; and

    ii.    The Parties will exchange their Rule 26(a)(1) initial disclosures by January 7, 2026.

Dated January 2, 2026

| PISANELLI BICE PLLC | ANDERSEN BEEDE WEISENMILLER |
|---|---|
| By: */s/ Todd L. Bice*<br>Todd L. Bice, Esq., #4534<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br><br>CRAVATH, SWAINE & MOORE, LLP<br>Kevin J. Orsini, Esq., (*pro hac vice*)<br>Antony L. Ryan, Esq. (*pro hac vice*)<br>Brittany L. Sukiennik (*pro hac vice*)<br>375 Ninth Avenue<br>New York, New York 10001<br><br>*Attorneys for Plaintiff*<br>*Robinhood Derivatives, LLC* | By: */s/ Mark M. Weisenmiller*<br>Ryan A. Anderson, Esq., #12321<br>Mark M. Weisenmiller, Esq., #12128<br>3199 E. Warm Springs Road, Suite 400<br>Las Vegas, Nevada 89120<br><br>AARON D. FORD<br>  Attorney General<br>Jessica E. Whelan, Esq., #14781<br>  Chief Deputy Solicitor General-Litigation<br>Sabrena K. Clinton, Esq., #6499<br>  Senior Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Defendants* |

McDONALD CARANO

By: */s/ Adam Hosmer-Henner*
    Adam Hosmer-Henner, Esq., #12779
    AG Burnett, Esq., #5895
    Jane Susskind, Esq., #15099
    Katrina Weil, Esq., #16152
    2300 W. Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

*Attorneys for Intervenor-Defendant the Nevada Resort*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: _____

CASE NO.: 2:25-cv-01541-APG-DJA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on January 2, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record. Consistent with LR IC 5-1(d), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Kimberly Peets
An employee of Pisanelli Bice PLLC