Todd L. Bice, Esq., Bar No. 4534
tlb@pisanellibice.com
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
Antony L. Ryan (*pro hac vice*)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice*)
bsukiennik@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Robinhood Derivatives, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC, <br><br>       Plaintiff, <br><br> vs. <br><br> MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board, et al., <br><br>       Defendants, <br><br> vs. <br><br> NEVADA RESORT ASSOCIATION, <br><br>        Intervenor-Defendant. | CASE NO.: 2:25-cv-01541-APG-DJA <br><br> **STIPULATION AND [PROPOSED] ORDER** |

1  Plaintiff Robinhood Derivatives, LLC ("Robinhood") and Defendants Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; Nevada Gaming Control Board, a subdivision of the State of Nevada; Jennifer Togliatti, in her official capacity as Chair of the Nevada Gaming Commission; Rosa Solis-Rainey, in her official capacity as a Member of the Nevada Gaming Commission; Brian Krolicki, in his official capacity as a Member of the Nevada Gaming Commission; George Markantonis, in his official capacity as a Member of the Nevada Gaming Commission; Nevada Gaming Commission, a subdivision of the State of Nevada; and Aaron D. Ford, in his official capacity as Attorney General of Nevada (collectively, "State Defendants") and Intervenor-Defendant Nevada Resort Association (together with State Defendants, "Defendants" and all together with Robinhood, the "Parties"), through their undersigned counsel, hereby stipulate and agree to entry of an Order resetting the deadline to file the Parties' Rule 26(f) proposed discovery plan to January 12, 2026. In support of their request for such an Order, the Parties state:

**WHEREAS**, on December 18, 2025, the Parties held telephonically their Rule 26(f) conference;

**WHEREAS**, by operation of Federal Rules of Civil Procedure 26(f)(2) and 26(a)(1)(C), the deadline for submission of the Parties' proposed discovery plan and exchange of initial disclosures would be January 2, 2026;

**WHEREAS**, the Parties are working diligently on the proposed discovery plan and their initial disclosures;

**WHEREAS**, in light of the holidays, the Parties agreed upon a short extension of these deadlines and filed a stipulation and proposed order to that effect (ECF No. 106); and

**WHEREAS,** the Parties are continuing to confer on the proposed discovery plan and agree to a further extension of these deadlines to allow the Parties to complete that conferral process; the Parties intend to address the deadline by which they will exchange initial disclosures in the proposed discovery plan.

1

1  **IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, that the Parties
2  will file their Rule 26(f) proposed discovery plan by January 12, 2026.

Dated January 7, 2026

| PISANELLI BICE PLLC | ANDERSEN BEEDE WEISENMILLER |
|---|---|
| By:  */s/ Todd L. Bice*<br>    Todd L. Bice, Esq., #4534<br>    400 South 7th Street, Suite 300<br>    Las Vegas, Nevada  89101<br><br>    CRAVATH, SWAINE & MOORE, LLP<br>    Kevin J. Orsini, Esq., (*pro hac vice*)<br>    Antony L. Ryan, Esq. (*pro hac vice*)<br>    Brittany L. Sukiennik (*pro hac vice*)<br>    375 Ninth Avenue<br>    New York, New York  10001<br><br>*Attorneys for Plaintiff*<br>*Robinhood Derivatives, LLC*<br><br>McDONALD CARANO<br><br>By:  */s/ Adam Hosmer-Henner*<br>    Adam Hosmer-Henner, Esq., #12779<br>    AG Burnett, Esq., #5895<br>    Jane Susskind, Esq., #15099<br>    Katrina Weil, Esq., #16152<br>    2300 W. Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada  89102<br><br>*Attorneys for Intervenor-Defendant the Nevada Resort* | By:  */s/ Mark M. Weisenmiller*<br>    Ryan A. Anderson, Esq., #12321<br>    Mark M. Weisenmiller, Esq., #12128<br>    3199 E. Warm Springs Road, Suite 400<br>    Las Vegas, Nevada  89120<br><br>    AARON D. FORD<br>      Attorney General<br>    Jessica E. Whelan, Esq., #14781<br>      Chief Deputy Solicitor General-Litigation<br>    Sabrena K. Clinton, Esq., #6499<br>      Senior Deputy Attorney General<br>    State of Nevada<br>    Office of the Attorney General<br>    1 State of Nevada Way, Suite 100<br>    Las Vegas, Nevada  89119<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  1/8/2026

CASE NO.: 2:25-cv-01541-APG-DJA

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on January 7 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  Consistent with LR IC 5-1(d), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yalonda Dekle*
An employee of Pisanelli Bice PLLC
